

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-62,574-05

**IN RE JOHNNY GREEN, JR., Relator**

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1199474D IN THE 372ND DISTRICT COURT
### FROM TARRANT COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed a motion in the 372nd District Court to unseal the third volume of the reporter's record and that Respondent, the Judge of the 372nd District Court, has denied his motion.

Respondent shall file a response with this Court and state whether Relator has filed a motion to unseal the third volume of the reporter's record, whether this volume contains the transcript of the voir dire proceedings, and whether this volume contains personal information about jurors. *See* TEX. CODE CRIM. PROC. art. 35.29. Respondent's answer shall be submitted within 30 days of the date

of this order. This application for leave to file a writ of mandamus will be held in abeyance until

Respondent has submitted his response.

Filed: August 26, 2015
Do not publish